## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| MARTHA M. SMITH, | ) |
| | ) CASE NO.: 2:05-cv-690 |
| Plaintiff, | ) |
| vs. | ) JUDGE SMITH |
| | ) |
| ED HANING, ET AL., | ) MAGISTRATE KING |
| | ) |
| Defendants. | ) |
| | ) **DISMISSAL ENTRY** |
| | ) |

This matter is before the Court upon the stipulation of Plaintiff and Defendants that all claims herein are to be dismissed with prejudice. The parties are to bear their own costs, attorney fees and expenses.

IT IS THEREFORE ADJUDGED, ORDERED AND DECREED that all claims in the within case are hereby DISMISSED WITH PREJUDICE. The parties shall bear their own costs, expenses and attorney fees.

**IT IS SO ORDERED.**

/s / George C. Smith
GEORGE C. SMITH
UNITED STATES DISTRICT JUDGE

APPROVAL:

per email approval    01/24/07
James R. Kingsley (0010720)
157 West Main Street
Circleville, Ohio 43113
(740) 477-2546
(740) 477-2976 - facsimile
kingsleyjrlaw@yahoo.com
*Trial Attorney for Plaintiff*

s/Michael S. Loughry
**ROBERT H. STOFFERS** (0024419)
**MICHAEL S. LOUGHRY** (0073656)
MAZANEC, RASKIN, RYDER & KELLER CO., L.P.A.
250 Civic Center Drive, Suite 400
Columbus, OH 43215
(614) 228-5931
(614) 228-5934    Facsimile
rstoffers@mrrlaw.com
mloughry@mrrlaw.com
*Trial Attorneys for Defendants*